**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EUGENE WHITING, | ) |
| | )     Civil Action No. 06 - 1487 |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     Judge Thomas M. Hardiman / |
| | )     Magistrate Judge Lisa Pupo |
| PAUL J. STOWITZKY; DISTRICT | )     Lenihan |
| ATTORNEY FOR THE COUNTY OF | ) |
| ARMSTRONG; and the ATTORNEY | ) |
| GENERAL FOR THE STATE OF | ) |
| PENNSYLVANIA, | ) |
| | ) |

Respondents.

## MEMORANDUM ORDER

The above captioned Petition was received by the Clerk
of Court on November 8, 2006, and was referred to United States
Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in
accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1),
and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate
Judges.

The Magistrate Judge's Report and Recommendation (doc.
no. 8), filed on March 14, 2007, recommended that the Petition be
dismissed because it does not provide any basis for granting
federal habeas corpus relief. Service was made on the Petitioner
and he was informed that he had ten (10) days to file any
objections. Petitioner filed Objections to the Report and
Recommendation (doc. no. 9) on March 21, 2007 claiming that he was
being held without sentencing.

As noted in the Report and Recommendation, public docket
records belie his assertion. On September 13, 2001, a jury found

Petitioner guilty of the charges of Aggravated Indecent Assault,
Indecent Assault and Corruption of Minors. On April 23, 2002, he
was sentenced to a term of from thirty-six (36) to one-hundred and
twenty (120) months. The Superior Court affirmed his judgment of
sentence on June 25, 2003 and Petitioner began serving his sentence
on September 13, 2003. Petitioner did not assert any other basis
for relief in his federal habeas corpus petition. Moreover, any
attack on his conviction would be untimely under 28 U.S.C. §
2244(d).

After review of the pleadings and the documents in the
case, together with the Report and Recommendation and the
Objections thereto, the following order is entered:

**AND NOW**, this $\cancel{28th}$ day of March, 2007;

**IT IS HEREBY ORDERED** that the Petition for Writ of
Habeas Corpus is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation
(doc. no. 8) of Magistrate Judge Lenihan, dated March 14, 2007, is
adopted as the Opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this
case **CLOSED**.

Thomas M. Hardiman
United States District Judge

cc: Lisa Pupo Lenihan
    U.S. Magistrate Judge

    Eugene D. Whiting
    FM - 6700
    State Correctional Facility at Mercer
    801 Butler Pike
    Mercer, PA 16137